UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        - against -

WARITH DEEN UMAR,

                Defendant.
------------------------------------------------------------X

06 Civ. 205 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    In accordance with the issues raised by counsel and those suggested by the Court at yesterdays conference, counsel should be prepared to address whether a departure is warranted under United States Sentencing Guidelines, Sections 5K2.10 or 2K2.1(b)(2).

IT IS SO ORDERED.

Dated: New York, New York
       September 22, 2006

                                          Robert P. Patterson, Jr.
                                               U.S.D.J.

Copy of this Order sent to:

Jennifer G. Rodgers, United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Attn: Litigation Clerk

Ronald L. Kuby
Kuby & Perez, LLP
119 West 23rd Street, Suite 900
New York, NY 10011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/06